UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:                                                             CHAPTER 13
                                                                  CASE NO. 16-43452

James E. Benton                                       JUDGE Tucker

Debtor.
_____/

## ORDER CONFIRMING PLAN

      The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

      **IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,423 shall be paid by the Trustee as an administrative expense of this case.**

      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

**X**   Debtor's plan proposes less than a 100% dividend to unsecured creditors and Debtor's Schedule I does not include a pro-ration for anticipated tax refunds. Debtor will remit 100% of all Federal Tax Refunds that Debtor receives or is entitled to receive after commencement of the case.

**X**   The Debtor's Plan payments shall be increased to **$845.00** per Monthly effective the **12**th day of **October, 2016**. When the 2003 Ford Explorer will be paid in full.

☐   In the event that debtor(s) fails(s) to make any future Chapter 13 plan payment, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

**X**   **The adversary case no. 16-04354 has been granted/resolved by stipulation pursuant to the order entered on May 11, 2015 docket #7. The claim of Springleaf Financial Services, formerly known as American General Finance Inc., its successors and assigns shall be treated as a Class 9 general unsecured claim and all other terms of the order are incorporated herein.**

**X**   **Ocwen Loan Servicing, LLC, as Servicer for the Bank of New York Mellon Trust Company, National Association as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset Backed Pass-Through Certificates, Series 2001-KS2 shall have a class 5.2 claim in the amount $38801.95 to be paid over the life of the plan with 5.5% interest. For purposes of the Chapter 13 case value of the house shall be equal to the amount of the claim.**

| APPROVED | Objections Withdrawn | |
|---|---|---|
| /s/ Tammy Terry | /s/ Deborah Sellis P70754 | /s/ Noel A. Cimmino |
| TAMMY L. TERRY (P46254) | For Creditor: **Ocwen Loan Servicing** | Noel A. Cimmino (P61176) |
| KIMBERLY SHORTER-SIEBERT (P49608) | | Attorney for Debtor |
| MARILYN R. SOMERS-KANTZER (P52488) | | John A. Steinberger & Associates P.C. |
| Chapter 13 Trustee | | 17515 West Nine Mile Road |
| 535 Griswold Street | Objections Withdrawn | Suite 420 |
| 2100 Buhl Building | | Southfield, MI 48075 |
| Detroit, MI 48226 | | 248-559-4055 |
| 313-967-9857 | For Creditor: | noel@steinbergerlaw.com |

.

**Signed on June 29, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge